# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-0680889 C-13D |
| Mamie T. Hinson | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING DEBTOR TO INCUR INDEBTEDNESS

On December 6, 2007, a hearing was held on the Motion by the Debtor for permission to borrow funds to purchase a replacement vehicle. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor; Richard M. Hutson, II, Standing Trustee appeared; and no other party appeared or objected to the Debtor's Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that the Motion should be allowed; therefore, it is ORDERED:

1. The Motion of the Debtor for permission to borrow funds and purchase a replacement vehicle is granted.

2. The Debtor is permitted to obtain financing from Prestige Financial in the amount of $17,429.29, payable with interest at the rate of 17.95% per annum, and principal and interest payable in monthly installments of $400.00 for a period of 72 months.

3. The Debtor is authorized to execute such documents as may be required to effectuate the purchase and financing of the vehicle.

4. John T. Orcutt, Esq., counsel for the Debtor, is allowed attorney fees in the amount of $250.00, to be paid as an administrative claim, for services rendered in the filing of this Motion.

**PARTIES IN INTEREST**
**Page 1 of 1**
**06-80889 C-13D**

Mamie T. Hinson
1216-A Naples Pl.
Durham, NC  27702

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702