UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Mamie T. Hinson**

Case No. 06-80889
Chapter 13

Soc. Sec. No. xxx-xx-6623
Mailing Address:1307-1 Morning Glory Ave, , NC

Debtor

## MOTION TO MODIFY PLAN

**NOW COMES the Debtor**, by and through counsel undersigned, who moves, under authority of 11 U.S.C. § 1329, to modify the Chapter 13 plan in this case, and in support hereof, the Debtor shows unto this Court the following:

1. This case was filed on July 18, 2006, with the Chapter 13 plan being subsequently confirmed on October 6, 2006.

2. The Debtor proposes to modify the Chapter 13 plan in this case in the following respects:

   From:   $269.00 per month.

   To:   $269.00 per month through February, 2011, followed thereafter by $284.00 per month for 2 months.

3. The changed circumstances that justify the proposed modification are as follows:

   a.   The Debtor lost her job with Durham County public schools in February of 2011. She has since been hired back on a part time schedule effective August, 2011, and wishes to complete her Chapter 13 plan.

4. An Amended Schedule I for the Debtor is attached hereto and is incorporated hereto by reference.

5. An Amended Schedule J for the Debtor is attached hereto and is incorporated by reference.

6. The proposed modification conforms to the standards of confirmation set out in 11 U.S.C. §§ 1322 and 1325.

7. Due to the Debtor's extremely limited income and limitations on plan length, attorney for the Debtor's is not seeking attorney fees for this motion.

WHEREFORE, the Debtor prays that this Court grant her Motion, and modify the Chapter 13 plan accordingly.

Dated: August 19, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Koury Hicks

Koury Hicks
North Carolina State Bar No.:  36204
6616-203 Six Forks Road
Raleigh, N.C.  27615
(919) 847-9750

## CERTIFICATE OF SERVICE

I, Koury Hicks, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on August 19, 2011 , I served copies of the foregoing **MOTION TO MODIFY PLAN** by regular first-class U.S. mail, addressed to the following parties:

Richard M. Hutson, II
Chapter 13 Trustee
P.O. Box 3613
Durham, N.C.  27702-3613

Michael West
U.S. Bankruptcy Administrator
P.O. Box 1828
Greensboro, N.C. 27402-1828
Mamie T. Hinson

1307-1 Morning Glory Ave,
Durham, NC 27703

All creditors  with duly filed claims according the Chapter 13 Trustee's website

                                                /s Koury Hicks
                                                Koury Hicks